**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**

**Amparo Arencibia**
***aka* Amparo Arencibia Ramirez**

**Debtor.**
_______________________________/

**CASE NO 8:23-bk-00902-RCT**
**CHAPTER 13**

**RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF HOMESTEAD PROPERTY AND TO AUTHORIZE RETENTION OF NET PROCEEDS IN SEGREGATED ACCOUNT FOR REINVESTMENT IN A FLORIDA HOMESTEAD**

NATIONS DIRECT MORTGAGE, LLC (the "Secured Creditor"), by and through undersigned counsel, files its Response to Debtor's Motion to Approve Sale of Homestead Property and to Authorize Retention of Net Proceeds in Segregated Account for Reinvestment in a Florida Homestead (Doc. No. 33) (the "Motion") and states as follows:

1. Secured Creditor holds a secured interest in Debtor's real property located at 338 Kingfish Drive, Kissimmee, FL 34759 (the "Property").
2. On September 14, 2026, Amparo Arencibia (the "Debtor") filed a Motion to sell the Property for $205,000.00.
3. As of September 29, 2026, the estimated payoff owed upon Secured Creditor's lien is $102,001.54. To obtain a formal payoff for closing the Debtor must contact the servicer, OCWEN-PHH - Onity Mortgage Corporation f/k/a PHH Mortgage Corporation at Payoffs@mortgagefamily.com or by fax at 856-917-8283 at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien must be paid in full at the closing of said sale based upon an up-to-date payoff quote.

5. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

6. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Travis Bailey
Travis J. Bailey, Esquire
Florida Bar Number 121775
Email: trbailey@raslg.com

**CERTIFICATE OF SERVICE**

**I CERTIFY** that on October 2, 2026, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and an accurate copy has been served via CM/ECF or United States Mail to the following parties:

Amparo Arencibia
338 Kingfish Drive
Kissimmee, FL 34759-4842

Jose A Blanco
Jose A. Blanco, P.A.
102 East 49th Street
Hialeah, FL 33013

Trustee
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Travis Bailey
Travis J. Bailey, Esquire
Florida Bar Number 121775
Email: trbailey@raslg.com